UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 22-2764
_____

UNITED STATES OF AMERICA

v.

HARVEY HOLLAND,
                                        Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No.  1-01-00195-006)
U.S. District Judge:  Honorable Robert D. Mariani
_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  SHWARTZ, MATEY, and FISHER, Circuit Judges

        The petition for rehearing filed by Appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby ORDERED that the petition for rehearing by the panel is granted.  The Clerk is

directed to file the amended opinion contemporaneously with this order.  As the revisions

do not affect the disposition of the appeal, the judgment will remain as filed.

BY THE COURT,


s/Patty Shwartz
Circuit Judge

Dated: October 24, 2023
JK/cc:  All Counsel of Record